JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kathryn Elise Evans, | ) | No. CV 18-3951 DSF (ASx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| Warner Bros. Entertainment Inc.; CBS Broadcasting Inc., et a., | ) | |
| Defendants. | ) | |

The Court having granted Defendants' Motion to Dismiss the Complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: September 17, 2018

                                               Dale S. Fischer
                                               United States District Judge